FILED'06 SEP 08 17:28USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| RONALD A. ABRAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-6212-PK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| | ) | |
| Defendant. | ) | |

Mark Manning
Cram, Harder, Wells & Baron
474 Willamette, Suite 200
Eugene, Oregon  97401

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
Neal J. Evans
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204-2904

Page 1 - ORDER

Richard M. Rodriguez
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on August 8, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#21).

IT IS HEREBY ORDERED that the Commissioner's Motion to Remand (#17) is GRANTED and the case is REMANDED for further proceedings in accordance with the Findings and Recommendation.

Dated this _8_ day of September, 2006.

                        /s/ Garr M. King
                        Garr M. King
                        United States District Judge