Mark A. Manning, OSB # 00311
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
mmanning@hwbm.net
Of Attorneys for the Plaintiff

FILED'06 OCT 04 14:47 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

RONALD ABRAMSON, )
)  Civil No. 05-6212-PK
)
vs. )
)  ORDER FOR PAYMENT OF ATTORNEY'S
JO ANNE B. BARNHART, )  FEES PURSUANT TO EAJA
Commissioner of Social Security, )
)
Defendant. )

After considering the stipulated Motion for entry of an order awarding plaintiff's attorney fees submitted by the parties herein, plaintiff's Motion for payment of attorney fees is hereby granted in the sum of $1,436.39 as full settlement of any and all claims for attorney fees under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 2 day of Oct, 2006.

_____
U.S. District Judge

PRESENTED BY:

By: s/ Mark A. Manning
Mark A. Manning, OSB # 00311
Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA